**COURT OF APPEALS FOR THE**
**FIRST DISTRICT OF TEXAS AT HOUSTON**



ORDER ON MOTION FOR REHEARING

Appellate case name:       In re Edward R. Newsome

Appellate case number:    01-15-00798-CV

Trial court case number:   1995-25994

Trial court:                       189th District Court of Harris County

It is ordered that the motion for rehearing is **denied**.

Judge's signature: /s/ Jane Bland
                              Acting for the Court

Panel consists of Chief Justice Radack and Justices Bland and Huddle

Date:  October 6, 2015